UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SONY/ATV MUSIC PUBLISHING LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:14-CV-1929 |
| v. | ) ) | Judge Collier |
| 1729172 ONTARIO, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

# **O R D E R**

On July 28, 2017, United States Magistrate Judge Barbara D. Holmes filed a report and recommendation (the "R&R") on Plaintiffs' motion (Doc. 620) for sanctions of default against Defendants Gai Marcos and 179172 Ontario, Inc. and to set a hearing for the entry of default judgments against certain other Defendants.[1] (Doc. 639.) No party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R (Doc. 639). The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 639). Plaintiffs' motion for sanctions of default and to set a hearing for the entry of default judgments (Doc. 620) is **GRANTED**. The Clerk of Court is **DIRECTED** to enter a default as to Defendants Gai Marcos and 179172 Ontario, Inc. The amount of damages and the terms of any injunctive relief to be ordered against Defendants Gai Marcos, 179172 Ontario, Inc., SBI Global Limited, James Gerald Woodford, Digitop Limited, Gary Ian Oates, Music Factory Entertainment Group, Peter Parkin, Zoom Entertainments

---

[1] The Clerk has entered defaults as to Defendants SBI Global Limited, James Gerald Woodford, Digitop Limited, Gary Ian Oates, Music Factory Entertainment Group, Peter Parkin, Zoom Entertainments Limited, and Joe David Blackie. (Docs. 466, 508.)

Limited, and Joe David Blackie are hereby **REFERRED** to Judge Holmes to conduct such hearings and submit such proposed findings of fact and recommendations as she deems appropriate pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Plaintiffs' motion for status conference and hearing on outstanding motions (Doc. 643) is **DENIED** as moot.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**